HERMAN YELSKY, Respondent, v. SAMUEL ROSENSTEIN, Appellant.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

SEROTA BROS., INC., Appellant, v. TILLIE TUCHMAN, Respondent.— Application denied, with ten dollars costs.

CHELSEA EXCHANGE BANK, Respondent, v. DUANE CORPORATION and Others, Appellants.— Motion for stay granted upon condition that all parties to the appeal stipulate to bring on the appeal for Friday, June 14, 1929, for which day the case is set down for argument. In the event that appellants do not so stipulate, the motion is denied. Present — Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ.

ALL REALTY Co., INC., Respondent, v. SHEPHERD M. SCUDDER, as County Treasurer of Suffolk County, THE COUNTY OF SUFFOLK, Defendants, and W. RAYMOND FRY, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Seeger and Carswell, JJ.; Scudder, J., absent.

HOBART S. BIRD, Respondent, v. ELIAS MAYER and Others, Appellants.— Motion for stay pending appeal denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

HARRY COHEN, Respondent, v. RAY H. COHEN, Appellant.— Motion for extension of time to serve answer granted and defendant's time extended until ten days after the determination of the appeal. Present — Lazansky, P. J., Kapper, Seeger and Carswell, JJ.; Scudder, J., absent.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on the Complaint of FRANCES SCHEUSTER, Respondent, v. MILTON INGBER, Appellant.— Motion to add appeal to June calendar denied. Present — Lazansky, P. J., Kapper, Seeger and Carswell, JJ.; Scudder, J., absent.

ETHEL E. CUNNINGHAM, Respondent, v. ALLAN P. CUNNINGHAM, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Kapper, Seeger and Carswell, JJ.; Scudder, J., absent.

HARRY GEIER, Respondent, v. MORRIS KLEINERMAN, INC., LESJAY HOLDING Co., INC., and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Seeger and Carswell, JJ.; Scudder, J., absent.

In the Matter of the Application of BENIE ASKOVITZ and I. SEITMAN, Copartners, Respondents, for an Order Directing that the Arbitration Provided for in the Certain Contract in Writing Entered into between the Petitioners and ELIA GABAY, Appellant, on the ——— day of November, 1928, Proceed Pursuant to the Provisions Thereof and of the Arbitration Law.— Motion for stay granted. Present — Lazansky, P. J., Kapper, Seeger and Carswell, JJ.; Scudder, J., absent.